UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

JOHN SWANN HOLDING CORP., derivatively, )
on behalf of CLUBCREATE, INC., )
)
                Plaintiff, )
)
   against )
)
)
COREY SIMMONS, CURTLAND FIELDS )
ANNETTE STRICKLAND and )
CLUBCREATE, INC. )
)
                Defendants. )
)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/14

13 Civ. 8619 (AT)

**STIPULATION AND REVISED
SCHEDULING ORDER**

     The parties hereto, through their undersigned counsel, submit this stipulated motion, subject to the Court's approval, for a 60-day extension of the deadlines for the completion of fact and expert discovery. The reasons for this joint request include, *inter alia*, the pursuit of settlement discussions between the parties (which have proven unsuccessful) and the substantial time and attention devoted to defendants' Motions to Dismiss the Amended Complaint, which were recently fully-briefed and remain *sub judice*. No previous extensions of the fact and expert discovery deadlines have been requested. All parties have consented to this extension request.

     The proposed revised deadlines would be as follows:

|  | **Previous Deadline** | **New Deadline** |
|---|---|---|
| **Completion of all fact discovery** | June 20, 2014 | August 19, 2014 |
| **Service of requests for production** | March 30, 2014 | June 9, 2014 |
| **Service of interrogatories** | March 30, 2014 | June 9, 2014 |
| **Completion of depositions** | June 20, 2014 | August 19, 2014 |
| **Service of requests to admit** | May 16, 2014 | July 15, 2014 |
| **Completion of expert discovery** | August 4, 2014 | October 3, 2014 |

Dated: New York, New York
       May 29, 2014

| | |
|---|---|
| **ROSENBERG & GIGER P.C.** | **H.B. WOOLFALK & ASSOCIATES, P.C.** |
| 250 Park Avenue, 12th Floor | 113 Walworth Avenue |
| New York, New York 10177 | Scarsdale, New York 10583 |
| (646) 494-5000 | (914) 725-4406 |
| By: _Matthew H. Giger /BTP_ | By: _[signature]_ |
| Matthew H. Giger | Harold B. Woolfalk |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| *John Swann Holding Corp.* | *Corey Simmons and Annette Strickland* |

**TUCCI, HOT, CRUPI & STANZIOLA, P.C.**
464 Broadway
Long Branch, New Jersey 07740
(732) 229-6700

By: _____
    Frank J. Crupi

*Attorney for Defendant*
*Curtland Fields*

SO ORDERED:

_____

Dated: New York, New York
May 29, 2014

| | |
|---|---|
| **ROSENBERG & GIGER P.C.** | **H.B. WOOLFALK & ASSOCIATES, P.C.** |
| 250 Park Avenue, 12th Floor | 113 Walworth Avenue |
| New York, New York 10177 | Scarsdale, New York 10583 |
| (646) 494-5000 | (914) 725-4406 |
| | |
| By: _____ | By: _____ |
| Matthew H. Giger | Harold B. Woolfalk |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| *John Swann Holding Corp.* | *Corey Simmons and Annette Strickland* |

**TUCCI, HOT, CRUPI & STANZIOLA, P.C.**
464 Broadway
Long Branch, New Jersey 07740
(732) 229-6700

By: _____
Frank J. Crupi

*Attorney for Defendant*
*Curtland Fields*

SO ORDERED.

Dated: May 30, 2014
New York, New York

_____
ANALISA TORRES
United States District Judge

2