```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SWANN HOLDING CORP., derivatively, on behalf of CLUBCREATE, INC.,

                Plaintiff,

-against-

COREY SIMMONS, CURTLAND FIELDS and ANNETTE STRICKLAND,

                Defendants.

13 Civ. 8619 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     By letter dated June 6, 2014 letter, Harold B. Woolfalk, counsel for Defendant Corey Simmons, requests to file under seal a motion to withdraw as counsel for Simmons. Because the motion papers are likely to contain attorney-client confidences, Defendant's request to file the motion under seal is GRANTED. *See Thekkek v. LaserSculpt, Inc.*, 11 Civ. 4426, 2012 WL 225924 (S.D.N.Y. Jan. 23, 2012). It is ORDERED that:

1. Counsel is directed to file his motion to withdraw under seal by **June 19, 2014**;
2. Counsel shall serve his motion under seal only on the Court and on Simmons via e-mail and by delivery to his last known address;
3. Any opposition papers shall be filed by **June 26, 2014**. Counsel is directed to assist Simmons in filing under seal any opposition papers.

     SO ORDERED.

Dated: June 16, 2014
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge