UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
JOHN SWANN HOLDING CORP., derivatively, on
behalf of CLUBCREATE, INC.,

                          Plaintiff,

    -against-                                           13 Civ. 8619 (AT)

COREY SIMMONS, CURTLAND FIELDS                          **ORDER**
and ANNETTE STRICKLAND,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/14

ANALISA TORRES, District Judge:

    On June 24, 2014, the Court received Defendant Corey Simmons' consent to terminate H.B. Woolfalk & Associates, P.C. as counsel. Accordingly, the pending motion to withdraw as counsel is MOOT. It is ORDERED that:

1. The Clerk of Court is directed to remove Harold Bernard Woolfalk and Jonathan Steven Sanoff as counsel of record for Corey Simmons;
2. The case is stayed until July 25, 2014 to allow Simmons to acquire new counsel or to notify the Court if he intends to proceed *pro se*;
3. H.B. Woolfalk & Associates, P.C. is directed to serve a copy of this order on Simmons via e-mail and by first-class mail to his last known address.

SO ORDERED.

Dated: June 25, 2014
       New York, New York

                                                                     ANALISA TORRES
                                                       United States District Judge