UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|25|17

JOHN SWANN HOLDING CORP., derivatively, on
behalf of CLUBCREATE, INC.,

                            Plaintiff,

            -against-                                        13 Civ. 8619 (AT) (JLC)

COREY SIMMONS, CURTLAND FIELDS, ANNETTE              **ORDER**
STRICKLAND, and CLUBCREATE, INC.,

                            Defendants.

ANALISA TORRES, District Judge:

By orders dated January 28, 2015; April 26, 2017; and May 10, 2017, the Court directed
the parties to clarify the status of this action in light of the bankruptcy proceedings concerning
Defendant ClubCreate, Inc. in the United States Bankruptcy Court for the District of New Jersey.
*See In re ClubCreate, Inc.*, Adv. No. 16-01877-RG (Bankr. D.N.J. filed Dec. 12, 2016); *In re
ClubCreate, Inc.*, Case No. 14-35043-RG (Bankr. D.N.J. filed Dec. 12, 2014).

By e-mail dated May 8, 2017, the Chapter 7 Trustee for ClubCreate informed the Court
that the adversary proceeding in the Bankruptcy Court concerns directly asserted claims similar
to those asserted derivatively in this action. ECF No. 79-1. The Trustee requested that, as a
result, the Court dismiss this action. *Id.* By letter dated May 12, 2017, Plaintiff John Swann
Holding Corp. stated its position that an automatic bankruptcy stay applies to this action under
11 U.S.C. § 362 and that the action should be dismissed without prejudice. ECF No. 81.
Finally, by letter dated May 15, 2017, Defendant Annette Strickland agreed that the bankruptcy
stay applies and requested that the action be dismissed with prejudice. ECF No. 82. Defendants
Corey Simmons and Curtland Fields have not responded to the Court's order.

In view of the parties' submissions and the automatic stay imposed by § 362, it is
ORDERED that the above-entitled action be administratively closed subject to the right of any
party to reopen the case within 30 days of (1) the lifting or modification of the automatic stay,
such as by order of the Bankruptcy Court, or (2) the conclusion of the bankruptcy proceedings.

Plaintiff is directed to serve a copy of this order via e-mail on Defendant *pro se* Simmons
and to file a certificate of such service on the docket. The Clerk of Court is directed to close the
case.

            SO ORDERED.

Dated: May 25, 2017
        New York, New York

                                    _____
                                         ANALISA TORRES
                                    United States District Judge

CC:    Milica Fatovich, Counsel to Trustee Donald V. Biase
       *By Chambers E-mail*